Mark Punzalan (State Bar No. 247599)
PUNZALAN LAW, P.C.
600 Allerton Street, Suite 201
Redwood City, CA 94063
Tel: (650) 362-4150
Fax: (650) 362-4151
Email: markp@punzalanlaw.com

Nicholas I. Porritt (*to be admitted pro hac vice*)
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: nporritt@zlk.com

*Attorneys for Movant Thuan Nguyen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAHIMI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA MOTORS, INC., ELON MUSK, and DEEPAK AHUJA,<br><br>Defendants. | No. 3:13-cv-05216-CRB<br><br>Hon. Charles R. Breyer<br><br>**DECLARATION OF MARK PUNZALAN IN SUPPORT OF MOTION OF THUAN NGUYEN FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date: February 14, 2014<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor |
| JOHN MAGNISALIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs. | No. 3:13-cv-05438-CRB<br><br>Hon. Charles R. Breyer |

TESLA MOTORS, INC., ELON MUSK, and
DEEPAK AHUJA,

        Defendants.

I, Mark Punzalan, hereby declare as follows:

1. I am a member of the law firm of Punzalan Law, P.C., local counsel for Thuan Nguyen ("Nguyen"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Nguyen's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel in the above-captioned actions.

2. Attached hereto collectively as Exhibit A is a true and correct copy of the sworn Certification of Nguyen.

3. Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing Nguyen's losses as a result of his investments in Tesla Motors, Inc. common stock.

4. Attached hereto as Exhibit C is a true and correct copy of the press release originally published on November 8, 2013, on *Globe Newswire* announcing the pendency of the first-filed securities lawsuit.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Levi & Korsinsky LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 7th day of January 2014 at Redwood City, California.

                                                /s/ Mark Punzalan
                                                Mark Punzalan