**IRELL & MANELLA LLP**
David Siegel (101355)
dsiegel@irell.com
Charles Elder (186524)
celder@irell.com
1800 Ave. of the Stars
Los Angeles, CA 90067
Telephone: 310-277-1010
Facsimile: 310-203-7199

Attorneys for Defendants
TESLA MOTORS, INC., ELON MUSK, and DEEPAK AHUJA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MAGNISALIAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA MOTORS, INC., ELON MUSK, and DEEPAK AHUJA.<br><br>Defendants. | Case No. 3:13-CV-05438-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND MODIFY BRIEFING SCHEDULE AND DECLARATION OF CHARLES ELDER IN SUPPORT THEREOF**<br><br>Hon. Charles R. Breyer |

WHEREAS, plaintiff John Magnisalias ("Plaintiff") filed the above-entitled putative class action on November 22, 2013, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of a purported class of purchasers of defendant Tesla Motors, Inc. common stock (the "Complaint");

WHEREAS, this case is therefore governed by the Private Securities Litigation Reform Act of 1995 which provides for a procedure for the appointment of lead plaintiff and lead counsel in private cases alleging claims under the Securities Exchange Act of 1934;

WHEREAS, motions for appointment of lead plaintiff and lead counsel were filed on January 7, 2014;

WHEREAS, the motions are set for a hearing on February 14, 2014;

WHEREAS, after a lead plaintiff is appointed in this matter, a consolidated complaint may be filed superseding the previously filed Complaint;

WHEREAS, the parties believe that it would be premature and wasteful for Defendants to respond to the Complaint prior to the appointment of lead plaintiff and lead counsel and the filing of a consolidated complaint;

WHEREAS, should Defendants' response to the consolidated complaint take the form of a motion to dismiss, the parties believe that an extended briefing schedule would be appropriate to account for the complexities of this putative class action bringing claims under the federal securities laws;

WHEREAS, the parties have not previously requested or received any extension of time to respond to the Complaint or any modification of the briefing schedule;

WHEREAS, the requested time modifications will have no other impact on the schedule for the case;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their undersigned attorneys, that:

A. Defendants need not respond to the complaint currently on file;

B. Plaintiff shall file a consolidated complaint no later than 45 days after the Court appoints lead plaintiff(s) and lead counsel;

C. Defendants shall respond to any consolidated complaint no later than 45 days after lead plaintiff(s) files a consolidated complaint;

D.  Subject to approval of the Court, if Defendants' response to the consolidated complaint is a motion to dismiss, lead plaintiff(s) shall file any opposition to the motion to dismiss no later than 45 days after Defendants file the motion to dismiss, and Defendants' reply in support of the motion to dismiss shall be filed no later than 30 days after lead plaintiff(s) files any opposition to the motion to dismiss.

Dated: January 27, 2014    Respectfully submitted,

**IRELL & MANELLA LLP**

By:  /s/ Charles Elder
     Charles Elder
     Attorneys for Defendants

Dated: January 27, 2014    **ROBBINS GELLAR RUDMAN & DOWD LLP**

By:  /s/ Shawn A. Williams
     Shawn A. Williams
     Attorneys for Plaintiff

**SIGNATURE ATTESTATION**

I hereby attest, per the Court's Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from Jeremy Lieberman.

        /s/ Charles Elder
        Charles Elder

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this ____ day of _____, 2014

_____
Hon. Charles R. Breyer
United States District Judge

# DECLARATION OF CHARLES ELDER

I, Charles Elder, declare as follows:

I am an attorney employed by Irell & Manella LLP and am one of the attorneys representing the defendants in this matter. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

1. Plaintiff John Magnisalias ("Plaintiff") filed the above-entitled putative class action on November 22, 2013, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of a purported class of purchasers of defendant Tesla Motors, Inc. common stock (the "Complaint").

2. This case is therefore governed by the Private Securities Litigation Reform Act of 1995 which provides for a procedure for the appointment of lead plaintiff and lead counsel in private cases alleging claims under the Securities Exchange Act of 1934.

3. Motions for appointment of lead plaintiff and lead counsel were filed on January 7, 2014.

4. Those motions for appointment of lead plaintiff are set for a hearing on February 14, 2014.

5. After a lead plaintiff is appointed in this matter, a consolidated complaint may be filed superseding the previously filed Complaint.

6. It would be premature and wasteful for Defendants to respond to the Complaint prior to any appointment of lead plaintiff and lead counsel and the filing of a consolidated complaint.

7. Defendants likely will file a motion to dismiss. We discussed with plaintiffs' counsel, who agreed, that an extended briefing schedule would be appropriate to account for the complexities of this putative class action bringing claims under the federal securities laws.

8. Defendants have not previously requested or received any other extension of time to respond to the Complaint.

9. The parties have not previously requested or received any other modification of any briefing schedule.

10. The requested time modifications will have no other impact on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this January 27, 2014, at Los Angeles, California.

By: /s/ Charles Elder
Charles Elder