**NOTICE TO PURCHASERS OF TESLA MOTORS, INC. PUBLICLY TRADED SECURITIES BETWEEN MAY 10, 2013 AND NOVEMBER 6, 2013:**

Robbins Geller Rudman & Dowd LLP ("Robbins Geller") has filed a class action on behalf of purchasers of **Tesla Motors, Inc.** ("Tesla") (NASDAQ:TSLA) publicly traded securities during the period between **May 10, 2013 and November 6, 2013** (the "Class Period"):

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| JOHN MAGNISALIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA MOTORS, INC., ELON MUSK and DEEPAK AHUJA,<br><br>Defendants. | No. 13-cv-05438<br><br>CLASS ACTION<br><br>FILED<br><br>NOV 16 2020<br><br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

The complaint charges Tesla and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Tesla designs, develops, manufactures, and sells electric vehicles and electric vehicle powertrain components. Tesla currently offers two electric vehicles, the Model S, which has been in production since 2012, and the Model X, which will be delivered to customers beginning in 2014.

The complaint alleges that during the Class Period, defendants issued materially false and misleading statements regarding the Company's operations and its business and financial results and outlook. Defendants misled investors by failing to disclose that there was a major design defect in Tesla's lithium-ion battery pack which could ignite and cause a fire. As a result of defendants' false statements, Tesla's securities traded at artificially inflated prices during the Class Period, with its stock price reaching a high of $193.37 per share on September 30, 2013.

On October 2, 2013, a video was widely circulated showing a Model S's battery pack catching fire and bursting into flames on a road in Washington state. Tesla attributed it to a collision with road debris and denied that the car's lithium-ion battery pack had ignited the fire. The same day, Tesla was downgraded by an analyst at Robert W. Baird & Company, who pointed to significant execution risks for Tesla. As a result of this news, Tesla's shares fell $12.05 per share to close at $180.95 per share on October 2, 2013. On October 28, 2013, a second Model S fire occurred in Mexico, which Tesla blamed on the car's rate of speed and its crash into a tree. On this news, Tesla's shares fell another $6.80 per share, closing at $162.86 per share on October 28, 2013.

Then, on November 5, 2013, after the market closed, Tesla released its financial results for the third quarter of 2013. The Company's key metrics failed to meet analyst expectations, including a disappointing rate of vehicle deliveries. As a result of this news, Tesla's shares fell $25.65 per share, closing at $151.16 per share on November 6, 2013, a one day decline of nearly 15% on high trading volume. Subsequently, on November 7, 2013, Tesla confirmed a third Model S fire, similar to the October 2, 2013 blaze, which was also caused by impact with road debris during normal driving conditions. Tesla shares continued to decline as a result of this news, dropping $11.39 per share, to close at $139.77 per share on November 7, 2013.

If you wish to serve as lead plaintiff, **you must move the Court no later than January 7, 2014.** If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Darren J. Robbins of Robbins Geller at **800/449-4900** or **619/231-1058**, or via e-mail at **djr@rgrdlaw.com** before January 2, 2014. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at **http://www.rgrdlaw.com/cases/tesla/**. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

ROBBINS GELLER RUDMAN & DOWD LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101

July 30, 2020


Law Firm of Robbins, Geller , Rudman    Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA    92101

Re:   Class Action Case No. 13-cv-05438, U.S. District Court of Northern District of California, John Magnisallas v. Tesla Motors Inc,,Elon usk and Deepak Ahua

I previously communited with your firm in reference to this above case when I initially received the notification in 2018, but to date, I have not as yet received any notification as to the status of this litigation, as to settlement or consolidation into another case.   My brother's Estate is still the owner of one share of Tesla stock, and, therefore, his Estate would be entitled to any financial settlement in this matter.   I previously submitted to your firm, as I am, again herein doing so, the legal documentation to validate my legal authority for this inquiry and obtaining the settlement to which his Estate is entitled to receive from this litigation.   I have enclosed a self-addressed envelope for your purposes in responding to my inquiry.

Alicia Wint Monroe

Circuit Court of DeKalb County
Hon. Maureen A. Josh, Circuit Court Clerk
133 W. State Street, Sycamore IL 60178

State of Illinois   )
                    ) ss      Case No.:  2016P 00000106
County of DeKalb    )

Administrator of Estate:

   ALICIA L. BODE WINT MONROE
   507 EAST TAYLOR STREET
   DEKALB, IL 60115

FILED
OCT 13 2016
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

In the Matter of the Estate of
   DAVID H. JOHNSON WINT, Deceased

Type of Administration:      Independent

Letters of Administration

Be advised that ALICIA L. BODE WINT MONROE has been appointed administrator of the estate of the above named decedent, who died September 24, 2016, and is authorized to sue for and collect the personal estate of, and debts due the decedent, and to perform all duties imposed on him/her so far as there is property and the law charges him/her; and to do all other acts now or hereafter required by law.

I certify that these Letters of Administration were issued on October 05, 2016, and are in full force and effect.

Dated this October 13, 2016

*Maureen A. Josh/JR1*
Clerk of the Circuit Court

LADMD1

**DUPLICATE ORIGINAL COPY**

Alicia Wint-Monroe
#904, 507 E. Taylor St.,
DeKalb, IL 60115

Alicia Mint Mowie
#904 507 S. Taylor Street
DeKalb, IL 60115

Clerk of the Court
District Court
Northern District
of California
450 Golden Gate
San Francisco CA 94102

U.S. POSTAGE PAID
FCM LETTER
DEKALB, IL
60115
NOV 12, 20
AMOUNT
$0.38
R2304M111210-16
94102
1000
UNITED STATES POSTAL SERVICE

CAROL STREAM IL 601
12 NOV 2020 PM

NOV 12 20
USA 32